

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2020
```

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

October 6, 2020

**MEMO ENDORSED**

VIA ECF
The Honorable Katharine H. Parker, U.S.M.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Nisbett v. Taste Trunk, LLC, 1:20-cv-6187 (LTS)(KHP)

Dear Magistrate Judge Parker:

    This firm represents Plaintiff Kareem Nisbett in this website accessibility case under the Americans with Disabilities Act, New York State Human Rights Law and New York City Human Rights Law. We respectfully request an adjournment of the October 22, 2020, 10:30 a.m., Initial Pretrial Conference.

    Defendant was served with the Summons and Complaint on September 15, 2020, making its responsive pleading due by October 6. (Doc. No. 9). However, no attorney representing the Defendant has contacted this firm nor filed a Notice of Appearance. Before proceeding with the default judgment proceedings and in the interest to conserve judicial resources, Plaintiff respectfully requests this conference be adjourned for 30 days.

    This is the first request to adjourn this conference. The adjournment, if granted, would not affect any other deadlines or conferences.

    We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

---

**The telephonic Initial Case Management Conference scheduled for Thursday, October 22, 2020 at 10:30 a.m. is hereby rescheduled to <u>Wednesday, December 9, 2020 at 11:45 a.m.</u>  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  Please dial (866) 434-5269, Access code: 4858267.**
    **The Plaintiff is directed to serve this order, and a copy of the complaint on the Defendant.**

SO ORDERED:

/s/ Katharine H. Parker

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
10/06/2020