```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KAREEM NISBETT,

                                Plaintiff,

          -against-

TASTE TRUNK, LLC,

                              Defendant.
-----------------------------------------------------------------X

**20-CV-6187 (LTS) (KHP)**

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on November 9, 2020 (doc. no 12) the Initial Case Management Conference currently scheduled for **December 9, 2020** is hereby adjourned *sine die*.

        **SO ORDERED.**

DATED:    New York, New York
                November 10, 2020

*[Signature: Katharine H Parker]*

_____
KATHARINE H. PARKER
United States Magistrate Judge